**FILED**

01/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0406

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0406

MONTANA TROUT UNLIMITED, MONTANA ENVIRONMENTAL
INFORMATION CENTER, TROUT UNLIMITED EARTHWORKS, AND
AMERICAN RIVERS,

    *Plaintiffs / Appellees*,

    v.

MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY,

    *Defendant / Appellant,*

and

TINTINA MONTANA INC.,

    *Defendant / Appellant,*

and

MEAGHER COUNTY AND BROADWATER COUNTY

    *Defendant / Appellant,*

**ORDER GRANTING APPELLANTS' JOINT UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE REPLY BRIEFS**

Upon consideration of Defendant/Appellant Montana Department of Environmental Quality's ("DEQ") and Defendant/Appellant Tintina Montana, Inc.'s ("Tintina") (collectively, "Joint Movants") unopposed motion for a 30-day extension of time, and good cause appearing, Joint Movants are granted an extension of time to and including February 24, 2022, within which to prepare,

1

serve, and file their reply briefs. Defendant-Intervenor/Appellants Broadwater and Meagher Counties' reply briefs are also due February 24, 2023.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 17 2023